**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| Soverain IP, LLC, | § | |
| | § | |
| v. | § | Case No. 2:17-CV-00204-RWS-RSP |
| | § | |
| Microsoft Corp. | § | |
| Apple, Inc. | § | Case No. 2:17-CV-00207-RWS-RSP |
| CenturyLink, Inc. | § | Case No. 2:17-CV-00289-RWS-RSP |
| Episerver, Inc. et al. | § | Case No. 2:17-CV-00291-RWS-RSP |
| Datapipe, Inc. | § | Case No. 2:17-CV-00292-RWS-RSP |
| AT&T, Inc. et al. | § | Case No. 2:17-CV-00293-RWS-RSP |
| SDL Int'l America Inc. et al. | § | Case No. 2:17-CV-00294-RWS-RSP |
| Charter Communications, Inc. et al. | § | Case No. 2:17-CV-00301-RWS-RSP |
| Wal-Mart Stores, Inc. et al. | § | Case No. 2:17-CV-00306-RWS-RSP |
| Target Corp. | § | Case No. 2:17-CV-00307-RWS-RSP |
| Staples, Inc. | § | Case No. 2:17-CV-00311-RWS-RSP |
| Kohl's Corp. et al. | § | Case No. 2:17-CV-00320-RWS-RSP |
| Verizon Communications Inc. et al. | § | Case No. 2:17-CV-00386-RWS-RSP |

## CONSOLIDATION ORDER

The above-captioned cases are **CONSOLIDATED** for all pretrial issues (except venue) with **Lead Case No. 2:17-CV-00204-RWS-RSP**. All parties are instructed to file future filings (except relating to venue) in the Lead Case. Member cases remain active for venue determinations and trial. The Court will enter one docket control order, one protective order, and one discovery order that will govern the consolidated cases. The Clerk shall add the consolidated defendants and their Lead and Local Counsel into the Lead Case. Additional counsel may appear in the Lead Case if they wish to continue as counsel of record. Counsel who has appeared pro hac vice in a member case may file a Notice of Appearance in the Lead Case without an additional pro hac vice application or fee.

**SIGNED** this 6th day of June, 2017.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE